RECEIVED
AUG 31 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| RYAN GASPARD, <br> Plaintiff | CIVIL ACTION NO. 1:16-CV-01071 |
| VERSUS | CHIEF JUDGE DRELL |
| JONES LANG LASALLE <br> AMERICAS INC., ET AL., <br> Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) be DENIED. The Court is advised that the filing fee was paid on August 26, 2016.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 31st day of August, 2016.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT